1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   SHAWN MARSHALL TOMPKINS,

11              Plaintiff,              No. CIV S-07-2346 GEB EFB P

12        vs.

13   STEPHENS, et al.,

14              Defendants.              <u>ORDER</u>

15   _____/

16        Plaintiff is a prisoner proceeding *in forma pauperis* and without counsel in a civil rights

17   action.  *See* 42 U.S.C. § 1983.

18        The United States Marshal has returned process directed to defendant Miranda unserved

19   because "there are several in the CDC locator database."  Plaintiff must attempt to provide

20   additional information to enable prison officials to determine exactly who petitioner intends to

21   sue.  Plaintiff must proceed with haste because Fed. R. Civ. P. 4(m) requires an action be

22   dismissed as to a defendant not served within 120 days after filing the complaint unless the time

23   is enlarged based upon a demonstration of good cause.  If access to the required information is

24   denied or unreasonably delayed while plaintiff attempts to comply with this order, he may seek

25   judicial intervention.

26   ////

Accordingly, it is ORDERED that:

1.  The Clerk of the Court shall mail plaintiff one form USM-285 and a copy of the pleading filed October 26, 2007.

2.  Within 60 days from the date this order is served, plaintiff may submit the attached Notice of Submission of Documents with a completed form USM-285 providing instructions for service of process upon defendant Miranda and two copies of the pleading provided to plaintiff.

3.  Failure to provide new instructions for service of process upon defendant Miranda within the time allowed, or to show good cause for such failure, will result in a recommendation that this action be dismissed without prejudice as to that defendant.

DATED:  September 2, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

1

2

3

4

5

6

7

8                           IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10   SHAWN MARSHALL TOMPKINS,

11             Plaintiff,                    No. CIV S-07-2346 GEB EFB P

12        vs.

13   STEPHENS, et al.,
                                             NOTICE OF SUBMISSION
14             Defendants.                   OF DOCUMENTS
     _____/

15

16             Plaintiff hereby submits the following documents in compliance with the court's

17   order filed _____.

18
               1      completed USM-285 forms
19
               2      copies of the   10/26/07
20                                    Complaint

21   DATED:

22

23                                          _____
                                            Plaintiff
24

25

26

                                            3