IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHAWN MARSHALL TOMPKINS,

       Plaintiff,             No. CIV S-07-2346 GEB EFB P

    vs.

STEPHENS, et al.,

       Defendants.       <u>ORDER</u>

_____/

      Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. On November 16, 2009, plaintiff filed a request for production of documents.

      Interrogatories, requests for production, requests for admission, responses and proofs of service thereof "shall not be filed with the clerk until there is a proceeding in which the document or proof of service is at issue.  When required in a proceeding, only that part of the request and response that is in issue shall be filed."  Local Rules 33-250(c), 34-250(c) & 36-250(c).

////
////
////
////

1

1        Plaintiff's November 16, 2009, request for production of documents is stricken and the

2   Clerk of the Court shall make a notation on the docket to that effect.

3   So ordered.

4   DATED:  November 20, 2009.

                         EDMUND F. BRENNAN
                         UNITED STATES MAGISTRATE JUDGE