IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHAWN MARSHALL TOMPKINS,

    Plaintiff,                     No. CIV S-07-2346 GEB EFB P

    vs.

STEPHENS, et al.,

    Defendants.                <u>ORDER</u>

       Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. Defendants have requested to take plaintiff's deposition by video-conference. Plaintiff has not opposed this request. *See* Local Rule 230(l).

       Accordingly, it is hereby ORDERED that defendants' July 7, 2010 and August 9, 2010 requests to conduct plaintiff's deposition via video-conference are granted. Nothing in this order shall be interpreted as requiring the institution in which plaintiff is housed to obtain video-conferencing equipment if it is not already available.

DATED: August 11, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE