1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   SHAWN MARSHALL TOMPKINS,

11         Plaintiff,                    No. CIV S-07-2346 GEB EFB P

12      vs.

13   STEPHENS, et al.,

14         Defendants.              ORDER

15   _____/

16       Plaintiff is a state prisoner proceeding without counsel in an action brought under 42

17   U.S.C. § 1983.  He has filed two motions to compel, which defendants have opposed.  The court

18   will rule on his motions to compel at a later date.  Until then, plaintiff need not file an opposition

19   to defendants' amended motion for summary judgment.

20       So ordered.

21   DATED:  March 30, 2011.

22                                       EDMUND F. BRENNAN
                                         UNITED STATES MAGISTRATE JUDGE
23

24

25

26