IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHAWN MARSHALL TOMPKINS,

        Plaintiff,                       No. CIV S-07-2346 GEB EFB P

    vs.

STEPHENS, et al.,

        Defendants.         ORDER

                                /

        Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. He has filed two motions to compel, which defendants have opposed. *See* Dckt. Nos. 73, 74, 76, 77.

        Plaintiff's motions assert that he propounded interrogatories and requests for production of documents but did not receive responses from defendants. Defendants' oppositions and attachments show that defendants have indeed responded to the discovery requests. *See* Dckt. No. 77, Exs. D-F (defendants' interrogatory responses), Dckt. No. 76, Ex. B (defendants' response to plaintiff's request for production of documents). It appears that plaintiff has now received defendants' discovery responses, and his motions to compel should be denied as moot.

////

////

1

Accordingly, it is hereby ORDERED that:

1. Plaintiff's motions to compel, Dckt. Nos. 73 and 74, are denied; and

2. Plaintiff must respond to defendants' motion for summary judgment within 21 days of the date of this order.

DATED: April 12, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE