IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHAWN MARSHALL TOMPKINS,

      Plaintiff,                       No. CIV S-07-2346 GEB EFB P

      vs.

STEPHENS, et al.,

      Defendants.            ORDER

_____/

      Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983.  He requests an extension of time to file and serve a supplemental opposition to defendants' February 4, 2011 motion for summary judgment.  *See* Fed. R. Civ. P. 6(b).

      Plaintiff's June 20, 2011 motion is granted in part.  Plaintiff has 30 days from the date this order is served to file and serve his supplemental opposition.

      So ordered.

DATED: June 24, 2011.

*[Signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE