IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHAWN MARSHALL TOMPKINS,

    Plaintiff,                      No. CIV S-07-2346 GEB EFB P

    vs.

STEPHENS, et al.,

    Defendants.              <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

        On September 1, 2011, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Neither party has filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

1

1. The findings and recommendations filed September 1, 2011, are adopted in full;

2. Defendants' motion for summary judgment is denied;

3. Within 30 days of the date of this order, plaintiff shall file his pretrial statement; and

4. Within 15 days of the date plaintiff files his pretrial statement, defendants shall file their pretrial statement.

Dated: September 26, 2011

GARLAND E. BURRELL, JR.
United States District Judge