IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHAWN MARSHALL TOMPKINS,

      Plaintiff,                      No. 2:07-cv-2346 GEB EFB P

      vs.

STEPHENS, et al.,                  ORDER

      Defendants,

_____/

     On June 29, 2012, the court ordered that dispositional documents were to be filed within 180 days. Dckt. No. 111. The 180 days have passed and the parties have not filed dispositional documents or otherwise responded to the court's order.

     Accordingly, it is hereby ORDERED that within 21 days of the date of this order, the parties shall comply with the court's June 29, 2012 order. Failure to so comply may result in the imposition of sanctions.

Dated: January 3, 2013.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE